# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIVER GLIDER AVENUE TRUST, A NEVADA TRUST,

Appellant,

vs.

LAMPLIGHT GARDENS AT SILVERADO RANCH HOMEOWNERS ASSOCIATION; AND G&P ENTERPRISES NEVADA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, D/B/A ALLIED TRUSTEE SERVICES,

Respondents.

No. 79779

FILED

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant and respondent Lamplight Gardens at Silverado Ranch Homeowners Association have filed a joint motion to dismiss this appeal. The motion is granted and this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Given this dismissal, no action will be taken on the May 4, 2020, response.

20-17533

cc:    Hon. Jacqueline M. Bluth, District Judge
Roger P. Croteau & Associates, Ltd.
Leach Kern Gruchow Anderson Song/Las Vegas
G&P Enterprises Nevada, LLC
Eighth District Court Clerk